FILED
2017 Dec-08 PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F



**UNITED STATES GOVERNMENT**

**NATIONAL LABOR RELATIONS BOARD**

OFFICE OF THE GENERAL COUNSEL

Washington, DC 20570

November 9, 2016

WILLIAM JACKSON
P.O. BOX 48
FAIRFIELD, AL 35064-0048

          Re: United Steelworkers of America
             International
             (United States Steel Corporation)
             Case 10-CB-178522

Dear Mr. Jackson:

  Your appeal from the Regional Director's refusal to issue complaint has been carefully considered. The appeal is denied substantially for the reasons in the Regional Director's letter of September 15, 2016.

  Contrary to your contentions on appeal, there was insufficient evidence to establish that the Union failed to properly represent you at the April 27, 2016, arbitration hearing for arbitrary or discriminatory reasons. Rather the evidence established that you were involved in the grievance process as the primary representative at the first and second step and was second chair at the arbitration hearing. The evidence further established that the arbitration was held for several hours and you testified for at least one hour. With respect to your contention on appeal that the Employer and the Union acted in cohort to get you removed from your position, there was insufficient evidence to substantiate your claim. It is well established that "mere suspicion cannot substitute for proof of an unfair labor practice." *Kings Terrace Nursing and Health Related Facility*, 229 NLRB 1180 (1977). With respect to your contention that the Union did not make certain arguments, failed to object during the hearing, and failed to call character witnesses in retaliation for a previous law suit that you filed and won against the Union. The evidence established that the lawsuit you reference was back in 2007 or 2008, a time period too attenuated to establish a nexus to any claim for poor representation at this hearing. With respect to your contention that the Union withheld emails from you that attacked your integrity, there was insufficient evidence to connect these emails to the arbitrator's decision to deny your layoff grievance. Despite your dissatisfaction with the Union's representation, the evidence established that the arbitrator did not uphold your grievance because you were not qualified to perform the available work. And per the contract, under a shutdown situation, the Employer does not have to train you to perform the work. There was insufficient evidence to indicate that the Union was acting as a subterfuge to avoid returning you to work. Lastly, with respect to your contention on appeal regarding the adequacy of the investigation, a review of the Regional Office file indicates that the investigation was in accordance with Board procedures and was both adequate and

United Steelworkers of America
International
(United States Steel Corporation)
Case 10-CB-178522                                                                                           -2


proper to resolve the issues arising in this case. Under the circumstances, and after careful consideration of all arguments raised on appeal, this office determined that a departure from the Regional Director's decision was unwarranted. Accordingly, further proceedings are unwarranted.

                                        Sincerely,

                                        Richard F. Griffin, Jr.
                                        General Counsel


                            By:  _____
                                 Mark E. Arbesfeld, Acting Director
                                 Office of Appeals

cc:   CLAUDE T. HARRELL JR.              RAYMOND LEAGUE
      REGIONAL DIRECTOR                  STAFF REPRESENTATIVE DISTRICT 9
      NATIONAL LABOR RELATIONS           UNITED STEELWORKERS OF AMERICA
        BOARD                            INTERNATIONAL UNITED STEEL
      233 PEACHTREE ST NE                  WORKERS
      HARRIS TOWER STE 1000              P.O. BOX 1105
      ATLANTA, GA 30303-1504             GARDENDALE, AL 35071-1105

      PAT THOMAS
      LABOR RELATIONS MANAGER
      UNITED STATES STEEL CORPORATION
      5700 VALLEY RD
      FAIRFIELD, AL 35064-1218

kf

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

REGION 10
233 Peachtree St NE
Harris Tower Ste 1000
Atlanta, GA 30303-1504

Agency Website: www.nlrb.gov
Telephone: (404)331-2896
Fax: (404)331-2858

September 15, 2016

William Jackson
PO Box 48
Fairfield, AL 35064-0048

Re: United Steelworkers of America
International(United States Steel
Corporation)
Case 10-CB-178522

Dear Mr. Jackson:

We have carefully investigated and considered your charge that United Steelworkers of America International has violated the National Labor Relations Act.

**Decision to Dismiss:** Based on that investigation, I have decided to dismiss the charge against the Union in which you allege that, since on or about April 27, 2016, the above-named labor organization has violated Section 8 (b)(1)(A) of the Act by failing to fairly represent you during an arbitration hearing for arbitrary, discriminatory bad faith reasons. I have decided to dismiss this allegation for the reasons outlined below:

The investigation revealed that on October 30, 2015, you filed a grievance alleging that the Employer violated the contract by failing to grant you super seniority as a grievance chairman. The investigation further disclosed that, as grievance chairman, you were the primary union representative at Steps 1 and 2, and you second chaired the staff representative during the arbitration hearing held on April 27, 2016. On June 8 the arbitrator issued his award denying the grievance noting that you would have been entitled to work under the super seniority provision except that this provision provided "that an individual shall not be retained in employment unless work which s/he can perform is available." The arbitrator, relying upon previous arbitration decisions involving the super seniority clause, determined that the union representative must have the present ability to perform all aspects of the available work so as to support their retention. By your own admission you did not meet this standard. While you asserted that the Union failed in its duty of fair representation to you by withholding emails from you that impugned your integrity, the evidence was insufficient to establish a nexus between the emails and the arbitrator's award denying the grievance Finally, the investigation disclosed insufficient evidence of animus to establish that the Union acted in bad faith in presenting your case at arbitration or that the Union's handling of your grievance was arbitrary or discriminatory. *See Vaca v. Sipes*, 386 U.S. 171, 177 (1967). Therefore, I am refusing to issue complaint in this matter.

United Steelworkers of America International(United States Steel Corporation)
Case 10-CB-178522

- 2 -

September 15, 2016

**Your Right to Appeal:** You may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals. If you appeal, you may use the enclosed Appeal Form, which is also available at www.nlrb.gov. However, you are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect.

**Means of Filing:** An appeal may be filed electronically, by mail, by delivery service, or hand-delivered. Filing an appeal electronically is preferred but not required. The appeal MAY NOT be filed by fax or email. To file an appeal electronically, go to the Agency's website at www.nlrb.gov, click on **E-File Documents,** enter the **NLRB Case Number,** and follow the detailed instructions. To file an appeal by mail or delivery service, address the appeal to the **General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street SE, Washington, DC 20570-0001.** Unless filed electronically, a copy of the appeal should also be sent to me.

**Appeal Due Date:** The appeal is due on **September 29, 2016**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be completed **no later than 11:59 p.m. Eastern Time** on the due date. If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a delivery service no later than September 28, 2016. **If an appeal is postmarked or given to a delivery service on the due date, it will be rejected as untimely.** If hand delivered, an appeal must be received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date. If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before September 29, 2016.** The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202)273-4283, by mail, or by delivery service. The General Counsel will not consider any request for an extension of time to file an appeal received after September 29, 2016, **even if it is postmarked or given to the delivery service before the due date.** Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor any claim of confidentiality or privilege or any limitations on our use of appeal statements or supporting evidence beyond those prescribed by the Federal Records Act and the Freedom of Information Act (FOIA). Thus, we may disclose an appeal statement to a party upon request during the processing of the appeal. If the appeal is successful, any statement or material submitted with the appeal may be introduced as evidence at a hearing before an administrative law judge. Because the Federal Records Act requires us to keep copies of case handling documents for some years after a case closes, we may be required

United Steelworkers of America     - 3 -     September 15, 2016  
International(United States Steel  
Corporation)  
Case 10-CB-178522

by the FOIA to disclose those documents absent an applicable exemption such as those that protect confidential sources, commercial/financial information, or personal privacy interests.

                                     Very truly yours,

                                     *[signature: Claude T. Harrell Jr.]*

                                     CLAUDE T. HARRELL JR.  
                                     Regional Director

Enclosure

cc:       Pat Thomas, Labor Relations Manager  
          United States Steel Corporation  
          5700 Valley Rd  
          Fairfield, AL 35064-1218

          Raymond League, Staff representative  
          District 9  
          United Steelworkers of America  
          International  
          United Steelworkers  
          PO Box 1105  
          Gardendale, AL 35071-1105

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

## APPEAL FORM

To: General Counsel                                    Date:
    Attn: Office of Appeals
    National Labor Relations Board
    1015 Half Street SE
    Washington, DC 20570-0001

      Please be advised that an appeal is hereby taken to the General Counsel of the National Labor Relations Board from the action of the Regional Director in refusing to issue a complaint on the charge in

_____

Case Name(s).

_____

Case No(s). *(If more than one case number, include all case numbers in which appeal is taken.)*

                                                    _____

                                                                          *(Signature)*